## Williams et al. *versus* Hazlep.

When all the costs taxed are paid on appeal from an award of arbitrators, the appeal is not to be struck off, because afterwards more costs appear to be due. The remedy is an order for payment, which the court may enforce by attachment.

ERROR to the Common Pleas of *Allegheny county.*

This was an action of debt on a lease, brought by Hazlep *vs.* Saunders and Williams, before a magistrate. Judgment was entered generally by the magistrate for the plaintiff on the 24th of April, 1848: afterwards, on the 23d of March, 1849, an *alias* summons issued *vs.* John Williams, one of the original defendants, and judgment entered against him by default. Appeal was entered to Court of Common Pleas—the plaintiff entered a rule of reference against both defendants. Afterwards an award was filed finding for plaintiff generally against both defendants. From this award defendants appealed. A motion was made before

o

[Williams et al. *v.* Hazlep.]

Judge PATTON to strike off the appeal, on the ground *that all the costs were not paid*, and he did so; after which this writ of error was sued out.

It was stated in the printed argument, that the clerk who entered the appeal, taxed the costs at the sum paid by the appellant.

It was assigned for error, that the court erred in dismissing the appeal.

*Geo. S. Selden*, for plaintiff in error.
*J. S. Hamilton*, for defendant.

The opinion of the court was delivered by

BURNSIDE, J.—It has been long settled that if the appellant pay the costs taxed by the prothonotary, the court will not strike off the appeal, although there afterwards appear to be more costs due: McKeown *v.* Boudinot, 1 *Brown* 150; Fraley *v.* Nelson, 5 *Ser. & R.* 234; Stewart *v.* Jewell, 11 *Ser. & R.* 359. The appeal was well entered by the payment of all costs taxed at that time; and being entered, the Common Pleas could not legally dismiss it. When the Common Pleas is satisfied that costs have been omitted, on an improper taxation, they make an order for payment, and enforce their order by attachment: 5 *Ser. & R.* 236.

Order of the court dismissing the appeal is reversed, and the appeal is reinstated.